O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MARTINEZ,<br><br>　　　　　　Plaintiff,<br>　　v.<br>NAVY LEAGUE OF THE UNITED STATES,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-5533-ODW(FFMx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO VACATE [25]** |

Currently before the Court is Plaintiff Dolores Martinez's Motion to Vacate Order Striking Motions to Quash Subpoenas under Federal Rules of Civil Procedure 60(b).[1] (ECF No. 25.) Martinez's Motion seeks reconsideration of the Court's October 15, 2013 Order striking three motions to quash for failure to comply with meet and confer requirements. (ECF No. 23.) Martinez argues that this Court erred in striking the motions because she was exempt from the meet and confer requirements of Local Rule 7-3. Martinez is incorrect. She argues that she was exempt under Local Rule 16-12(g), however this is not an action to enforce or quash an administrative summons or subpoena. Moreover, the Court also directs Martinez's attention to Local Rule 37-1 which specifically addresses the meet and confer requirements for discovery motions. There are no exemptions under this rule. Therefore, the Court

---

[1] After carefully considering the papers filed in connection with these Motions, the Court deems these matters appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.

**DENIES** Martinez's Motion to Vacate Order Striking Motions to Quash Subpoenas. The Court also notes that all future motions relating to discovery should be directed to the magistrate judge in this case.

**IT IS SO ORDERED.**

November 25, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**