JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DOLORES MARTINEZ, | Case No. 2:13-cv-5533-ODW(FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT FOR DEFENDANT** |
| NAVY LEAGUE OF THE UNITED STATES, | |
| Defendant. | |

In light of the Court's Order Granting Defendant's Motion for Summary Judgment, the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANT NAVY LEAGUE OF THE UNITED STATES, and against PLAINTIFF DOLORES MARTINEZ;

2. Each party to bear their own attorneys' fees and costs;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 18, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**